

# United States District Court
## Northern District of Ohio
### 801 West Superior Avenue
#### Cleveland, Ohio 44113-1842

**Donald C. Nugent**
**Judge**

Phone (216) 357-7160

June 23, 2009

Judge Bobby R. Baldock
Chair
Committee on Financial Disclosure
Administrative Offices of the
United States Courts
One Columbus Circle, NE
Washington, D.C. 20544

Re: Calender Year 2008 Filing

Dear Judge Baldock:

This is in response to your letter dated June 12, 2009.

In part VII, page 4, lines 14-17, and page 5, lines 18-21 in my 2007 report listed various assets. These assets were not listed in my 2008 report because of a non-reportable event. I was divorced May 1, 2007 and those assets belong to ████████████

I am filing an Amended Report that will include in Part VII, page 4, lines 14-17, and page 5, lines 18-21 contained in my 2007 report with a parenthetical "(Y)" inserted alongside the name of the asset.

I trust this letter and the filing of the amended Report will satisfy the reporting requirements of the Ethics in Government Act of 1978 (5 U.S.C. app Sections 101-111)

Please contact me at your convenience if there is anything further that may be required.

Sincerely,



Donald C. Nugent
United States District Judge

Enclosure

Nugent_Donald_C

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>NUGENT, DONALD C. | 2. Court or Organization<br><br>U.S. DISTRICT COURT N.D. OH | 3. Date of Report<br><br>05/12/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S.District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>U.S. Court House<br>801 W. Superior Avenue<br>Cleveland, OH 44113 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Honorary Trustee | Greater Cleveland Veterans Memorial, Inc., Cleveland, OH |
| 2. Honorary Trustee | Cleveland Police Histroical Society, Cleveland, OH |
| 3. Member, Board of Trustees | Central Reserve Life Foundation, Strongsville, OH |
| 4. Member, Board of Trustees | Malachi House, Cleveland, OH |
| 5. Member, Board of Advisors | City Year Cleveland, Cleveland, OH |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 JUN 24 A 10: 28 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| NUGENT, DONALD C. | 05/12/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 4/1/08 | Ohio Public Employees Retirement | $36,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| NUGENT, DONALD C. | 05/12/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. Washington Mutual, Lerner Trust | Mortgage on investment property #2, 2212 | M |
| 2. Washington Mutual, Lerner Trust | Mortgage on investment property #3, 2227 | M |
| 3. HSBC Bank, Lerner Trust | Mortgage on investment property #4, 2217 | M |
| 4. Bank of America | Mortgage on investment property #5, 5130 | M |
| 5. HSBC Bank | Mortgage on investment property #6, 5142 | M |

| Name of Person Reporting | Date of Report |
|---|---|
| NUGENT, DONALD C. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Fort Myers, FL | D | Rent | | | Sold | 1/30 | N | E | |
| 2. Rental Property #2, Captiva Island, FL | A | Rent | N | W | | | | | |
| 3. Rental Property #3, Captiva Island, FL | A | Rent | N | W | | | | | |
| 4. Rental Property #4, Captiva Island, FL | A | Rent | N | W | | | | | |
| 5. Rental Property #5, Captiva Island, FL | A | Rent | N | W | | | | | |
| 6. Rental Property #6, Captiva Island, FL | A | Rent | N | W | | | | | |
| 7. Third Federal Savings | A | Interest | J | T | | | | | |
| 8. Public Employees Retirement System of Ohio | A | Interest | M | T | | | | | |
| 9. Ohio Public Def. Comp. Program | A | Interest | K | T | | | | | |
| 10. ▪▪▪▪ Property, Captiva Island, FL | | None | K | W | | | | | |
| 11. Putnam Growth and Income CI-A | A | Dividend | J | T | | | | | |
| 12. U.S. Savings Bonds | A | Interest | K | T | | | | | |
| 13. Ambrosio & Sirois-A Venture Capital Company | | None | L | T | | | | | |
| 14. Merrill Lynch Global Allocation Fund "(Y)" | | | | | | | | | |
| 15. Black Rock Index Equity Fund "(Y)" | | | | | | | | | |
| 16. CVMA Ohio Municipal Money Fund "(Y)" | | | | | | | | | |
| 17. Franklin Templeton Fund "(Y)" | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NUGENT, DONALD C. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Merrill Lynch Dow Select 10 "(Y)" | | | | | | | | | |
| 19. Bonnie Bell Inc. Common Stock "(Y)" | | | | | | | | | |
| 20. Copytele Common Stock "(Y)" | | | | | | | | | |
| 21. Waterworks Common Stock "(Y)" | | | | | | | | | |
| 22. John HancockMutual Life Insurance | A | Dividend | K | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NUGENT, DONALD C. | 05/12/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

In Part VII, page 4, lines 14-17, and page 5, lines 18-21 are no longer reportable because I was divorced on May 1, 2007 and those assets belong to ▮▮▮▮▮▮▮▮▮▮

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature  6/23/09

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 |
| Rev. 1/2008 |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| NUGENT, DONALD C. | U.S. DISTRICT COURT N.D. OH | 05/12/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.District Judge | Nomination, Date<br>Initial ☐  Annual ☑  Final ☐<br>5b. ☐ Amended Report | 01/01/2008<br>to<br>12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Court House<br>801 W. Superior Avenue<br>Cleveland, OH 44113 | Reviewing Officer _____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Honorary Trustee | Greater Cleveland Veterans Memorial, Inc., Cleveland, OH |
| 2. Honorary Trustee | Cleveland Police Histroical Society, Cleveland, OH |
| 3. Member, Board of Trustees | Central Reserve Life Foundation, Strongsville, OH |
| 4. Member, Board of Trustees | Malachi House, Cleveland, OH |
| 5. Member, Board of Advisors | City Year Cleveland, Cleveland, OH |

DISCLOSURE OFFICE FINANCIAL RECEIVED 2009 MAY 13 A 10: 58

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| NUGENT, DONALD C. | 05/12/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 4. 1. 08 | Ohio Public Employees Retirement | $36,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section. (Dollar amount not required except for honoraria )*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions )*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NUGENT, DONALD C. | 05/12/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Washington Mutual, Lemer Trust | Mortgage on investment property #2, 2212 | M |
| 2. Washington Mutual, Lemer Trust | Mortgage on investment property #3, 2227 | M |
| 3. HSBC Bank, Lemer Trust | Mortgage on investment property #4, 2217 | M |
| 4. Bank of America | Mortgage on investment property #5, 5130 | M |
| 5. HSBC Bank | Mortgage on investment property #6, 5142 | M |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| NUGENT, DONALD C. | - | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Rental Property #1, Fort Myers, FL. | D | Rent | | | Sold | 1/30 | N | E | |
| 2. Rental Property #2, Captiva Island, FL. | A | Rent | N | W | | | | | |
| 3. Rental Property #3, Captiva Island, FL. | A | Rent | N | W | | | | | |
| 4. Rental Property #4, Captiva Island, FL. | A | Rent | N | W | | | | | |
| 5. Rental Property #5, Captiva Island, FL. | A | Rent | N | W | | | | | |
| 6. Rental Property #6, Captiva Island, FL. | A | Rent | N | W | | | | | |
| 7. Third Federal Savings | A | Interest | J | T | | | | | |
| 8. Public Employees Retirement System of Ohio | A | Interest | M | T | | | | | |
| 9. Ohio Public Def. Comp. Program | A | Interest | K | T | | | | | |
| 10. ████ Property, Captiva Island, FL. | | None | K | W | | | | | |
| 11. Putnam Growth and Income Cl-A | A | Dividend | J | T | | | | | |
| 12. U.S. Savings Bonds | A | Interest | K | T | | | | | |
| 13. Ambrosio & Sirois-A Venture Capital Company | | None | L | T | | | | | |
| 14. John Hancock Mutual Life Insurance | A | Dividend | K | W | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

1. Income Gain Codes
(See Columns B1 and D4)
A = $1,000 or less
B = $1,001 - $2,500
C = $2,501 - $5,000
D = $5,001 - $15,000
E = $15,001 - $50,000
F = $50,001 - $100,000
G = $100,001 - $1,000,000
H1 = $1,000,001 - $5,000,000
H2 = More than $5,000,000

2. Value Codes
(See Columns C1 and D3)
J = $15,000 or less
K = $15,001 - $50,000
L = $50,001 - $100,000
M = $100,001 - $250,000
N = $250,001 - $500,000
O = $500,001 - $1,000,000
P1 = $1,000,001 - $5,000,000
P2 = $5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000
P4 = More than $50,000,000

3. Value Method Codes
(See Column C2)
Q = Appraisal
R = Cost (Real Estate Only)
S = Assessment
T = Cash Market
U = Book Value
V = Other
W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| NUGENT, DONALD C. | 05/12/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| NUGENT, DONALD C. | 05/12/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu 5/12/09

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544